# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

v. )

ADAM BLAKE HOWE (03) )

**FILED MAY - 4 2011**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. 10CR5152-RBB

JUDGMENT AND COMMITMENT

MARK ADAMS
Defendant's Attorney

REGISTRATION NO. 24371298

VIOLATION: 18 USC 661 - Theft Within the Special Maritime and Territorial Jurisdiction of the United States (Misdemeanor)

**x** Defendant pleaded guilty to count one of the Superseding Information.
___ Count(s) _____ dismissed on the government's oral motion.
**X** Underlying _____ Indictment _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

**x** Defendant is adjudged guilty on count one of the Superseding Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
_____.

**x** ONE YEAR SUPERVISED RELEASE imposed.
on the following conditions:
**x** obey all laws, Federal, State and Municipal
**x** comply with all lawful rules and regulations of the probation department
**x** comply with restitution order signed by District Judge Jeffrey T. Miller
___ not transport, harbor or assist undocumented aliens
___ not reenter the United States illegally
___ not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
___ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
**x** Penalty assessment of $ - 10.00 Remitted.
**x** Fine waived     ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

MAY 3, 2011
Date of Imposition of Sentence

_/s/ Ruben B. Brooks_
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: